# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America | CRIMINAL COMPLAINT |
| vs. | CASE: 18-28707MP |
| | Citizenship: GUATEMALA |
| Elvira Beatriz Gomez-Gonzalez De Giron | |

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about June 18, 2018, at or near Lukeville, Arizona, in the District of Arizona, Elvira Beatriz GOMEZ-Gonzalez De Giron, an alien, did unlawfully enter the United States of America from Mexico, at a time and place other than as designated by immigration officials of the United States of America, in violation of Title 8, United States Code, Section 1325 (a) (1), a petty misdemeanor.

   On or about June 18, 2018, agents found Elvira Beatriz GOMEZ-Gonzalez De Giron in the United States of America at or near Lukeville, Arizona without the proper immigration documents. Furthermore, Elvira Beatriz GOMEZ-Gonzalez De Giron admitted to illegally entering the United States of America from Mexico on or about June 18, 2018, at or near Lukeville, Arizona at a time and place other than designated by immigration officials.

File Date: 06/20/2018

at Tucson, Arizona

Trevor McDonald, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date signed: 06/20/2018

**Bruce G. Macdonald**
**United States Magistrate Judge**

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA, TUCSON DIVISION

United States of America                                              CASE: 18-28707MP

vs.

Elvira Beatriz Gomez-Gonzalez De Giron

### JUDGMENT IN A CRIMINAL CASE (For A Petty Offense)

The Defendant, Elvira Beatriz Gomez-Gonzalez De Giron, was represented by counsel, Diana Castillo-Reina (CJA).

The defendant pled guilty to the Complaint on 06/20/2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 U.S.C. 1325(a)(1) | Illegal Entry | 06/18/2018 |

As pronounced on 06/20/2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of TIME SERVED. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

The defendant is advised of defendant's right to appeal by filing a notice of appeal in writing within 14 days of entry of judgment.

Signed on Wednesday, June 20, 2018.

Bruce G. Macdonald
United States Magistrate Judge

Arresting Agency: TCA

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF ARIZONA - TUCSON | MAGISTRATE JUDGE'S MINUTES |

Date: 06/20/2018       Case Number: 18-28707MP

USA vs. **Elvira Beatriz Gomez-Gonzalez De Giron**
U.S. MAGISTRATE JUDGE: BRUCE G. MACDONALD       Judge AO Code: 70BY
ASSIGNED U.S. Attorney: Christopher Lewis
INTERPRETER REQ'D: Lucinda Bush, Spanish
Attorney for Defendant: Diana Castillo-Reina (CJA)

PROCEEDINGS: [X] INITIAL APPEARANCE/CHANGE OF PLEA/SENTENCE
DEFENDANT: [X] PRESENT [X] CUSTODY

[X] Defendant states true name to be **Same**
[X] Petty Offense    [X] Date of Arrest: **06/18/2018**
[X] Arr/Plea of Guilty entered as to the Complaint.
[X] Court accepts defendant's plea and finds plea to be freely and voluntarily given.
[X] Defendant waives preparation of the presentence report.

SENTENCING: Defendant committed to [X] Bureau of Prisons for a period of
**TIME SERVED**

[X] Imposition of Special Assessment is waived by the USA.
[X] Defendant advised of appeal rights.
[ ] Waiver of right to appeal explained.

OTHER:   Diana Castillo-Reina (CJA) is appointed as attorney of record for defendant. Record made re family separation. Government states child's physical whereabouts. Defendant seeking reunification. Defendant seeking asylum and credible fear claim for both herself and her minor child. Child: M.A.G.G. YOB: 2003.

Recorded by Courtsmart    COP: 1
BY: Beth Harper           Sent: 0
    Deputy Clerk          IA: 0
    Start: 1:30 PM Stop: 4:10 PM